

# United States District Court
# Eastern District of California

| Kamrul H. | Case Number: | 1:26-cv-1692-TLN-JDP |

Plaintiff(s)

V.

| Warden of California City Corrections Center |

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

William Miles Pope                                    hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Kamrul H.

On _____03/12/2026_____ (date), I was admitted to practice and presently in good standing in the

_____Alaska Supreme Court_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____03/12/2026_____          Signature of Applicant: /s/ _____Miles Pope_____

**Pro Hac Vice Attorney**

Applicant's Name: William Miles Pope

Law Firm Name: Goddard Pope PLLC

Address: 967 E. Parkcenter Blvd. No. 1010

City: Boise     State: ID     Zip: 83706

Phone Number w/Area Code: (208) 329-5673

City and State of Residence: Boise, Idaho

Primary E-mail Address: miles@goddard-pope.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Not Applicable to CJA appointment

Law Firm Name:

Address:

City:     State:     Zip:

Phone Number w/Area Code:     Bar #

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 13, 2026

_____
JUDGE, U.S. DISTRICT COURT