UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMRUL H.,[1]<br>Petitioner,<br>v.<br>WARDEN OF CALIFORNIA CITY CORRECTIONS CENTER; et al.,<br>Respondents. | No. 1:26-cv-1692-TLN-JDP<br>**A# 241-304-374**<br><br>**RELEASE ORDER** |

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 24, 2026, the magistrate judge filed findings and recommendations herein, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 18.) Respondents filed objections to the findings and recommendations, and Petitioner filed a response. (ECF Nos. 19, 20.) Both have been considered by the undersigned.

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 24, 2026 (ECF No. 18) are ADOPTED in full and as set forth below.

2. The petition for writ of habeas corpus (ECF No. 1) is GRANTED.

3. Respondents are ordered to IMMEDIATELY RELEASE Petitioner Kamrul H. (A# 241-304-374) from custody. At the time of release, Respondents must return all of Petitioner's documents and possessions. **Respondents shall file a notice of compliance with this provision within two (2) court days from the date of this Order.**

4. Respondents are ENJOINED from re-detaining Petitioner absent compliance with statutory and constitutional protections, including a minimum of seven-days' notice and a pre-deprivation hearing before a neutral factfinder where Respondents show by clear and convincing evidence that material changed circumstances demonstrate: (a) a significant likelihood of Petitioner's removal in the reasonably foreseeable future, or (b) the government's interest in protecting the public or ensuring Petitioner appears at future immigration proceedings outweighs Petitioner's constitutionally protected interest in remaining free from detention. At any such hearing, Petitioner shall be allowed to have counsel present.

5. Petitioner's motion for temporary restraining order (ECF No. 2) is DENIED as moot.

6. Respondents' motion to dismiss (ECF No. 6) is DENIED.

7. **The Clerk of Court is directed to serve California City Detention Facility with a copy of this Order**, enter judgment in favor or Petitioner, and close this case.

//

//

//

IT IS SO ORDERED.

DATE: August 25, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE